IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**MONSANTO COMPANY and**
**MONSANTO TECHNOLOGY, LLC,**
    **Plaintiff,**

v.   Docket No.10-cv-1290-egb

**SOUTHFORK FARMS, LLC,**
**SCOTT ROLAND and**
**WILLIAM (aka "BUBBA") L. JOHNSON**
    **Defendant**

### NOTICE OF APPEARANCE

    **COMES NOW**, David W,. Camp, attorney, and makes this notice of appearance that he will be representing Scott Roland, in this cause of action.

Respectfully submitted,

/s/ Randy C.Camp
RANDY C. CAMP (#007036)
Attorney at Law
403 North Parkway, Suite 101
Jackson, Tennessee 38305
731-664-4499

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document has been forwarded by electronic filing to:

Lewis L. Cobb, PBR #005369
SPRAGINS, BARNETT & COBB, PLC
P.O. Box 2004, 312 E. Lafayette Street
Jackson, TN 38302
731-424-0461
FAX 731-424-0562

s/ Randy C.Camp
RANDY C. CAMP
11/29/10
DATE
