UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and ) | |
| MONSANTO TECHNOLOGY, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. 1:10cv1290 egb |
| ) | |
| SOUTHFORK FARMS, LLC, ) | |
| SCOTT ROLAND, and ) | |
| WILLIAM (aka "Bubba") L. JOHNSON ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE AND MEMORANDUM IN SUPPORT

Pursuant to Local Rule 83.1(b), Plaintiffs Monsanto Company and Monsanto Technology, LLC, respectfully request that Daniel C. Cox, Missouri Bar Number 38902, and Jeffrey A. Masson, Missouri Bar Number 60244, both of Thompson Coburn, LLP, One US Bank Plaza, St. Louis, Missouri 63101 (telephone number (314)552-6000), be admitted *pro hac vice* to practice before this Court in the case at bar. In support of said motion, Mr. Cox is admitted to practice before the United States Court of Federal Circuit Court of Appeals; the United States Court of Appeals, 8th Circuit; the United States District Court, Eastern District of Missouri; the United States District Court, Southern District of Illinois; the United States District Court, Northern District of Illinois; United States District Court of Texas, Eastern District; and state courts of Missouri and Illinois. Mr. Masson is admitted to practice before the United States Court of Appeals, 5th Circuit; the United States Court of Appeals, Federal Circuit; United States District Courts, Eastern, Middle, and Western Louisiana; United States District Court, Eastern Missouri; and state courts of Missouri and Louisiana.

In support of the Motion, the Plaintiffs attach the Certificates of Good Standing for Daniel C. Cox and Jeffrey A. Masson (**Ex. A**), Affidavit of Daniel C. Cox (**Ex. B**) and Affidavit of Jeffrey A. Masson

5250665.1

(**Ex. C**), and certify through counsel that Daniel C. Cox and Jeffrey A. Masson have obtained and are familiar with the local rules of this Court, including the Guidelines of Professional Courtesy and Conduct.

Respectfully submitted,

By/s/ Lewis L. Cobb
Lewis L. Cobb, BRP #005369
SPRAGINS, BARNETT & COBB, PLC
P.O. Box 2004, 312 E. Lafayette Street
Jackson, TN 38302
731-424-0461
FAX 731-424-0562
lewiscobb@spraginslaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing has been served by ECF electronic delivery on December 1, 2010:

Randy C. Camp
Camp & Camp, PLLC
403 North Parkway, Suite 101
Jackson, TN 38305

/s/ Lewis L. Cobb
