IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGIES, LLC | ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) ) | No.: 10-01290-egb |
| SOUTHFORK FARMS, LLC, SCOTT ROLAND, and WILLIAM (aka "Bubba") L. JOHNSON | ) ) ) ) | |
| Defendant(s) | ) | |

## NOTICE OF APPEARANCE

Defendant, Southfork Farms, LLC, by and through undersigned counsel files this Notice of Appearance in the above action. Accordingly, the undersigned counsel hereby makes an appearance on behalf of this Defendant in defense of the present cause of action without waiving any and all defenses available to Defendant including, but not limited to, service of process, standing, statute of limitations and jurisdiction.

Dated this 31st day of March, 2011.

Respectfully submitted,

HOLMES, RICH & SIGLER, PC

By: s/ Bradley R. Sigler
Bradley R. Sigler (#007027)
Attorney for Defendant Southfork Farms, LLC
218 W. Main Street
PO Box 1117
Jackson, TN  38302-1117
(731) 422-4023

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon opposing counsel and all counsel of record by electronic mail via the Court's electronic filing system.

DATE: This the 31st day of March, 2011.

> HOLMES, RICH & SIGLER, PC
>
> s/ Bradley R. Sigler
> Bradley R. Sigler

SERVED UPON:

Lewis L. Cobb
PO Box 2004
312 E. Lafayette Street
Jackson, TN 38302

Daniel C. Cox
Jeffrey A. Masson
One US Bank Plaza
St. Louis, MO 63101

David Camp
Randy Camp
403 N. Parkway
Jackson TN 38305

Brandon O. Gibson
106 Stonebridge Blvd.
Jackson, TN 38305